UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** February 5, 2020          **Time:** 10:53 AM – 11:38 AM   **Judge:** LUCY H. KOH
(45 minutes)

**Case No.:** 19-cr-00148-LHK-1          **Case Name:** UNITED STATES v. John Penn Bivins (P)(C:C)

**Attorney for Plaintiff:** Chinhayi Coleman Cadet
**Attorney for Defendant:** Severa Keith

**Deputy Clerk:** Kassandra Dibble          **Court Reporter:** Summer Fisher
**Interpreter:** None requested          **Probation Officer:** Kyle Pollak

### PROCEEDINGS

Sentencing held.

Defendant SENTENCED as to Count 1 of the Superseding Information (ECF No. 27) to a term of 51 months incarceration; 3 years supervised release; and a $100 special assessment fee. Fine is waived. *See* Judgment.

Defendant REMANDED into the custody of the U.S. Marshal.